UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LATRELL DWAN BROWN

                                                                 CRIMINAL CASE NO.: 05-50053
                                    Petitioner,     CIVIL CASE NO.: 06-14087

v.

                                                                  HONORABLE PAUL V. GADOLA
UNITED STATES OF AMERICA,             U.S. DISTRICT JUDGE

                                                Respondent.
_____/

## **ORDER ACCEPTING REPORT AND RECOMMENDATION**

This is a habeas corpus action under 28 U.S.C. § 2255. Before the Court is Petitioner's petition for a writ of habeas corpus, filed on September 18, 2006, and the Report and Recommendation of Magistrate Judge Steven D. Pepe, filed on June 26, 2007. The Magistrate Judge's Report and Recommendation recommended that this Court deny Petitioner's motion. The Magistrate Judge also notified the parties that any objections must be filed within ten days of service. No party has filed objections to the Report and Recommendations.

The Court's standard of review for a magistrate judge's Report and Recommendation depends upon whether a party files objections. If a party does not object to the Report and Recommendation, the Court does not need to conduct a review by any standard. *See Lardie v. Birkett*, 221 F. Supp. 2d 806, 807 (E.D. Mich. 2002) (Gadola, J.). As the Supreme Court observed, "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Because neither party filed timely objections to Magistrate Judge Pepe's Report and Recommendation, *see* 28 U.S.C. § 636(B)(1)(c); Fed. R.

Civ. P. 6(e), this Court need not conduct a review.

**ACCORDINGLY, IT IS HEREBY ORDERED** that the Report and Recommendation [docket entry #32] is **ACCEPTED** and **ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that Petitioner's petition for writ of habeas corpus [docket entry #24] is **DENIED.**

**SO ORDERED.**

Dated:   July 25, 2007                              s/Paul V. Gadola
                                                    HONORABLE PAUL V. GADOLA
                                                    UNITED STATES DISTRICT JUDGE

---

Certificate of Service

I hereby certify that on   July 25, 2007  , I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:
                    James C. Mitchell                    , and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:      Latrell Brown                                     .

                                                    s/Ruth A. Brissaud
                                                    Ruth A. Brissaud, Case Manager
                                                    (810) 341-7845